## MEMORANDUM DECISION

Pursuant to Ind. Appellate Rule 65(D), this Memorandum Decision shall not be regarded as precedent or cited before any court except for the purpose of establishing the defense of res judicata, collateral estoppel, or the law of the case.



**FILED**

Apr 11 2018, 9:30 am

**CLERK**
Indiana Supreme Court
Court of Appeals
and Tax Court

APPELLANT PRO SE

Tarik Atum Re El
Stone Mountain, Georgia

# IN THE
# COURT OF APPEALS OF INDIANA

Tarik Atum Re El,

*Appellant-Petitioner,*

v.

Lake Circuit Court,

*Appellee-Respondent*

April 11, 2018

Court of Appeals Case No. 17A-MI-3029

Appeal from the Lake Circuit Court

The Honorable Marissa J. McDermott, Judge

Trial Court Cause No. 45C01-1711-MI-327

**Baker, Judge.**

[1]  Tarik Atum Re El appeals the trial court's order denying his "Petition for Change of Name and For Redress to Assume the Race/Nationality of Moor/Americas Aboriginal National[.]"  Appellant's App. Vol. II p. 5. Finding no error, we affirm.

[2]  Indiana Code chapter 34-38-2 governs petitions for a change of name.  Among other things, the petition must "be filed with the circuit court, superior court, or probate court of the county in which the person resides."  Ind. Code § 34-28-2-2(a)(3).  Re El filed his petition in Lake County, but he does not live in Indiana, he lives in Georgia.[1]  Additionally, the petition must include the petitioner's valid Indiana driver's license number, Indiana identification card number, or Indiana photo exempt identification card.  I.C. § 34-28-2-2.5(a)(3).  Re El included a Georgia identification card number; he did not include the number of a qualifying Indiana identification card.  Therefore, the trial court did not err by denying Re El's petition.

[3]  The judgment of the trial court is affirmed.

Kirsch, J., and Bradford, J., concur.

---

[1] On appeal, Re El contends that he is entitled to relief as a non-resident pursuant to Indiana Code section 34-28-1-2.  That statute, however, applies to a petition "to establish a public record of the time and place of the birth of the applicant," not to a petition for a change of name.  I.C. § 34-28-1-2(b).  There is no equivalent provision entitling a person who is not a resident of Indiana to seek a change of name in this state.  Likewise, there is no statute giving Re El the right to the other relief he seeks in his petition—"For Redress to Assume the Race/Nationality of Moor/Americas Aboriginal Nation."  Appellant's App. Vol. II p. 5.